

Clerk's Use Only

Initial for fee pd.:

Stanley L. Cohen, Esq.
Stanley Cohen & Associates
119 Avenue D, Fifth Floor
New York, NY 10009
212-979-7572

**FILED**

2011 JUL 27 P 1:50

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA.-SAN JOSE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

United States of America,

Plaintiff(s),

v.

Mercedes Renee Haefer,

Defendant(s).

CASE NO. CR-11-00471 (JF)

**APPLICATION FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Stanley L. Cohen, Esq., an active member in good standing of the bar of the State of New York, SDNY, NDNY, USCA2, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Mercedes Renee Haefer in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Randolph Daar, Esq., 506 Broadway San Francisco, CA 94133, (415) 986-5591

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 26 July 2011

Stanley L. Cohen, Esq.