UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES, | Case No. CR 11-00471 |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER TO THE UNITED STATES MARSHAL TO ARRANGE FOR THE NONCUSTODIAL TRANSPORTATION OF MS. HAEFER TO HER COURT APPEARANCE (18 U.S.C. §4285) |
| v. | |
| MERCEDES HAEFER, | |
| Defendant. | |

Upon application of Mercedes Haefer, by and through counsel, the Court is satisfied that the Defendant is financially unable to pay the cost of travel to and from Las Vegas, Nevada and San Francisco, California in order to attend her court appearance on May 13, 2013 at 9:30 A.M. before Judge L. Beeler.  Accordingly, IT IS HEREBY ORDERED that the United States Marshals Service is directed to provide Defendant's noncustodial transportation from Las Vegas, Nevada to attend the hearing set for March 1, 2013 in San Francisco, California and to provide Defendant's noncustodial return transportation therefrom to Las Vegas.  In lieu of providing transportation, the Marshal may provide the appropriate money for Ms. Haefer to purchase her own ticket.  If the U.S. Marshals Service is to buy the ticket for Ms. Haefer, it is directed to arrange the booking so that Ms. Haefer will arrive in San Francisco on 12 May, 2013, and return to Las Vegas, Nevada, late on 13 May, 2013, providing ample time for the Defendant to participate in meetings with her attorney, joint defense sessions with co-defendants in the presence of their attorneys, attend the hearing, and participate at follow-up meetings.

Dated: April 22, 2013

_____
The Hon. Paul S. Grewal
United States Magistrate Judge