UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTE ORDER

**Date:** July 10, 2013     **Time:** 4 Hours and 30 Minutes

**Case No.** CR 11-0471 DLJ (LB)     **Magistrate Judge:** Laurel Beeler

**Title:**     U.S.A.     -v- Dennis Collins (Present by phone) - Peter Alan Leming (NP)
Joshua John Covelli (P)- Thomas Joseph Nolan, Jr. & Shira Kieval
Mercedes Renee Haefer (P)- Stanley L. Cohen
Donald Husband (NP)- Ean Vizzi
Ethan Haindl Miles (P)- Graham E. Archer
James C. Murphy (P)- Robert E. Carey, Jr.
Drew Alan Phillips (NP)- George C. Boisseau & Dena Young
Tracy Ann Valenzuela (P) - James McNair Thompson

Movant: eBay Inc.and PayPal Inc. - N/A

AUSA Attorney: Hanley Chew
Deft Attorney:  See Above
Interpreter: N/A

Deputy Clerk: Lashanda Scott     Court Reporter: N/A

## PROCEEDINGS

Settlement Conference held. Information to be exchanged as discussed.